DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 20-CR-377 RS |
| Plaintiff, | ) **STIPULATED ORDER EXCLUDING** |
| v. | ) **TIME FROM THE SPEEDY TRIAL ACT** |
| | ) **CALCULATION** |
| FRANKLIN ERVIN, | ) |
| Defendant. | ) |
| _____ | ) |

    It is hereby stipulated by and between counsel for the United States and counsel for Defendant Franklin Ervin, that time be excluded under the Speedy Trial Act from November 17, 2020 through January 12, 2021.

    Mr. Ervin appeared before the Court on November 17, 2020 for an initial appearance in the above-captioned case. The Court set the matter for a change of plea and/or status hearing on January 12, 2021 at 1:30 p.m. As discussed on the record, the parties now ask for an exclusion of time through January 12, 2021. This waiver of time will allow time for defense counsel to continue review the discovery that has been produced in this matter with Mr. Ervin and will additionally allow the parties to continue to attempt to resolve this matter. The parties agree that the time period of November 17, 2020

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 20-CR-377 RS

1    through January 12, 2021, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), on

2    the basis that failure to grant the continuance would unreasonably deny defense counsel the reasonable

3    time necessary for effective preparation, taking into account the exercise of due diligence and the

4    availability of defense counsel.  The parties further stipulate and agree that the ends of justice served by

5    excluding the time from November 17, 2020 through January 12, 2021 from computation under the

6    Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

7    § 3161(h)(7)(A), (B)(iv).

8         The undersigned Assistant United States Attorney certifies that she has obtained approval from

9    counsel for the defendant to file this stipulation and proposed order.

10        IT IS SO STIPULATED.

11   DATED: 11/18/2020                              /s/

12                                                  MARJA-LIISA OVERBECK
                                                    Assistant United States Attorney

13

14   DATED: 11/18/2020                              /s/

                                                    ANGELA CHUANG
15                                                  Counsel for Defendant Franklin Ervin

16

17

18                                    **ORDER**

19        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

20   Court finds that failing to exclude the time from November 17, 2020 through January 12, 2021 would

21   unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

22   preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

23   Court further finds that the ends of justice served by excluding the time from November 17, 2020

24   through January 12, 2021 from computation under the Speedy Trial Act outweigh the best interests of

25   the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

26   HEREBY ORDERED that the time from November 17, 2020 through January 12, 2021 shall be

27        excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

28

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 20-CR-377 RS

1      IT IS SO ORDERED.

2

3  DATED:  November 18, 2020

                                                      HON. RICHARD SEEBORG

4                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND ORDER Case No. 20-
CR-377 RS