STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Angela_chuang@fd.org

Counsel for Defendant ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 20–377 RS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| FRANKLIN ERVIN, | |
| Defendant. | |

  The above titled matter is currently scheduled for change of plea on January 12, 2021 at 1:30 PM. The parties are working towards a disposition and require additional time to finalize an agreement. The parties therefore stipulate that the presently scheduled hearing shall be continued to February 22, 2021 at 10:00 AM for change of plea via Zoom.

  The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until February 22, 2021 to allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this

[PROPOSED] STIPULATED ORDER
*ERVIN*, CR 20–377 RS

continuance outweigh the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO STIPULATED.

| | |
|---|---|
| January 6, 2021<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>MARJA-LIISA OVERBECK<br>Assistant United States Attorney |
| January 6, 2021<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

## ORDER

    For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to February 22, 2021 at 10:00 AM for change of plea.

    The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 12, 2021 through February 22, 2021 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 1/6/21

                                                    RICHARD SEEBORG<br>
                                                    United States District Judge